432 A.2d 259

Commonwealth v. McCrossen.

Appeal of Joseph C. Santaguida, Esquire.

Argued March 12, 1980. Joel Harvey Stomsky, for appellant; Jean Marie Cella, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and VAN der VOORT, JJ.

Order affirmed.

SPAETH, J., concurred in the result.